IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | )    2:07-cr-00551-GEB-1 |
| Plaintiff, | ) |
| | ) |
| v. | )    ORDER |
| | ) |
| WYSHICA A. HOGAN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

     I am disqualifying myself as the judge to whom this case is assigned.  The Clerk of Court shall randomly reassign this case and make the appropriate adjustments.

     IT IS SO ORDERED.

Dated:  February 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge